# William Schindler, Appellant, v. Link Belt Machinery Company, Appellee.

## Gen. No. 21,366. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. M. L. McKINLEY, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed January 3, 1916. Rehearing denied January 17, 1916.

### Statement of the Case.

Action on the case by William Schindler, plaintiff, against the Link Belt Machinery Company, defendant, for damages for an assault and battery alleged to have been committed upon plaintiff by defendant's foreman. From a judgment for defendant, plaintiff appeals.

CHARLES H. MITCHELL and H. A. BARNHARDT, for appellant.

A. C. WILD, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

MASTER AND SERVANT, § 846*—*when act of servant not within scope of employment.* The commission of an assault by a servant, who was engaged in guarding employees of the master on their way home during a strike, upon a person unconnected with and uninterested in the strike during a purely personal altercation, was an act without the scope of the employment of the servant so as not to make the master liable.